# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0548
LT Case No. 2019-CA-31921

_____

SPRUCE CREEK PROPERTY
OWNER'S ASSOCIATION, INC.,

 Appellant,

 v.

WALLY DALLENBACH and
SPRUCE CREEK COUNTRY CLUB,
INC.,

 Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

Therese A. Savona, of Cole Scott & Kissane, P.A., Orlando, for
Appellant.

John N. Bogdanoff, of the Carlyle Appellate Law Firm, Orlando,
for Appellee, Spruce Creek Country Club, Inc.,

Shannon Zetrouer, St. Petersburg, for Appellee, Wally
Dallenbach.

September 30, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---